UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ALAN SCOTT ANDRÉ, | Case No. C07-1513-RAJ |
| Petitioner, | |
| v. | |
| DAN PACHOLKE, et al., | ORDER OF DISMISSAL |
| Respondents. | |

The Court, after careful consideration of petitioner's § 2254 petition for writ of habeas corpus, the answer of the respondents, all supplemental materials filed, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, Petitioner's objections to the Report and Recommendation, the governing authorities, and the balance of the record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) Petitioner's § 2254 petition (Dkt. No. 6) is DENIED and his case is DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to all counsel of record and to Judge Donohue.

DATED this 16th day of October, 2008.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER DISMISSING § 2254 PETITION